UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **EDCV 14-0963-MWF (FFMx)**                              Dated: **November 3, 2014**

Title:        Jose Camacho -*v*- Discovertec, LLC et al

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Kamilla Sali-Suleyman                            None Present
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Settlement filed October 30, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for December 22, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                  Initials of Deputy Clerk    kss
CIVIL - GEN